PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Bengie Davis**                                             Docket No. **09CR00401-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michele Roman** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Bengie Davis**, who was placed under pretrial release supervision by the **Honorable William H. Walls** sitting in the Court at Newark, NJ, on November 12, 2008, under the following conditions:

**1) $250,000 appearance bond secured by the available equity in a property;
2) Pretrial Services supervision;
3) Surrender passport and do not apply for additional travel documents;
4) Clear traffic warrant out of East Orange, NJ within one week of release;
5) Maintain residence, unless prior approval by Pretrial Services;
6) Seek and maintain gainful employment;**

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **Mental health testing and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ___5___ day of
_January 2010_, and ordered filed and
made a part of the records in the above case.

_____
Honorable William H. Walls
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _12/31/09_

_____
Michele Roman
U.S. Pretrial Services Officer